March 30, 2017

FILED
U S BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

2017 APR -3  AM 7: 57

CLERK, U S BANKRUPTCY COURT

BY_____DEPUTY CLERK

Court Clerk
Texas Federal Court - PL
660 North Central Expres Suite 300B
Plano, TX 75074

Dear Court Clerk:

Hi I recently received a copy of our credit reports and they said our bankruptcies were verify with the court. Can you please provide me the verified documentation sent to the credit bureaus? Enclosed is a self-addressed envelope for your response.

Thank You,


Raymond Minardi
3928 Lost Creek Dr.
Plano, TX 75074
SS#         -8443
DOB 5-1-****

Debbie A Minardi
3928 Lost Creek Dr.
Plano, TX 75074
SS#         -0264
DOB 11-21-